1  ALBERT G. STOLL, JR., ESQ. SBN 164649
   ALBERT G. STOLL, JR | A LAW CORPORATION
2  235 Montgomery Street, Suite 1220
   San Francisco, CA, 94104
3  TELEPHONE:      (415) 576-1500
   FACSIMILE:      (415) 576-1501
4  EMAIL:          astoll@stoll-law.com

5  Attorney for Plaintiff Nichole Beard

6  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
7  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
8  NEILL T. TSENG (CABN 220348)
   ADRIENNE ZACK (CABN 291629)
9  Assistant United States Attorneys

10     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
11     Telephone: (415) 436-7155
       FAX: (415) 436-6748
12     neill.tseng@usdoj.gov

13 Attorneys for Defendant USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLE LYNN BEARD, | CASE NO. C 17-3218 JCS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nichole Lynn Beard and Defendant United States of America hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were or could have been asserted therein. Each party will bear its own costs and attorney's fees.

//

//

|   |   |
|---|---|
| DATED: 04 / 10 / 2019 | Respectfully submitted,<br><br>_/s/ Albert G. Stoll, Jr._<br>ALBERT G. STOLL, JR., ESQ.<br>Attorney for Plaintiff |
|   | DAVID L. ANDERSON<br>United States Attorney |
| DATED: 4/29/19 | _/s/ Neill T. Tseng_<br>NEILL T. TSENG<br>Assistant United States Attorney<br>Attorneys for Defendant |

Dated: April 30, 2019

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA